## (September 23, 1953.)

■

In the Matter of ELLIS MONROE et al., as Executors of PAUL MONROE, Deceased, Appellants, against SPENCER E. BATES et al., Constituting the New York State Tax Commission, Respondents.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 805.]

■

In the Matter of the BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWNS OF NEVERSINK AND FALLSBURGH, SULLIVAN COUNTY, AND DENNING, WAWARSING AND ROCHESTER, ULSTER COUNTY, Appellant, against LEWIS A. WILSON, as Commissioner of Education of the State of New York, Respondent. GEORGE B. SMITH, Appellant.— Motion by intervener-appellant for leave to appeal to the Court of Appeals denied, without costs. Motion by petitioner-appellant for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 821.]

## (September 30, 1953.)

■

HAVEN JOHNSON, Respondent, v. JAMES C. PETRILLO, as President of American Federation of Musicians, an Unincorporated Association, Appellant.— Motion by plaintiff-respondent for reargument, or in the alternative, for leave to appeal to the Court of Appeals on certified questions of law, denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 795.]

■

IRLA KALTEUX, as Administratrix of the Estate of JOSEPH KALTEUX, Deceased, Appellant, v. C. P. WARD, INC., et al., Respondents.— Appeal from an order of the Supreme Court, Albany County, changing the place of trial from Albany County to Monroe County. The accident occurred in Monroe County. All the witnesses on the issue of liability reside in Monroe County. The witnesses residing in Albany County could give testimony bearing only upon the amount of the damages. In these circumstances, the change of the venue to Monroe County was a sound exercise of the court's discretion. Order unanimously affirmed, without costs. Present — Foster P. J., Bergan, Coon, Halpern and Imrie, JJ.